**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Carlos E Duran Duarte | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 5:26–cv–00295 |
| | § | |
| | § | |
| Kristi Noem | § | |

<u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u>

     Notice that the above-captioned case is referred to the assigned United States Magistrate Judge to conduct all pretrial proceedings in the case, including non-dispositive hearings and rulings and Rule 26(f), pretrial, and settlement conferences, in accordance with 28 U.S.C. Section 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

     It is so ORDERED.

    Signed on the 2nd of March 2026.

John A. Kazen
United States District Judge