United States District Court
Southern District of Texas

**ENTERED**

May 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| CARLOS DURAN DUARTE, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00295 |
| | § | |
| WARDEN, RIO GRANDE | § | |
| PROCESSING CENTER, *et al.*, | § | |
| Respondents. | § | |
| | § | |
| | § | |

## ORDER

Before the Court is Petitioner's Motion for Temporary Restraining Order, (Dkt. No. 10).

Respondents are **ORDERED** to file a response to the motion **by May 8, 2026, at 5:00 p.m.** In their Response, Respondents shall address *inter alia*, Petitioner's concern about his removal from the United States while his appeal of his order of removal and habeas petition are pending.

The Court **AMENDS** the five-day notice provision from the Court's March 2, 2026 Order, (Dkt. No. 4). Respondents are **ORDERED** to notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at **least seven (7) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on May 7, 2026.

John A. Kazen
United States District Judge