United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| CARLOS DURAN DUARTE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00295 |
| | § | |
| WARDEN, RIO GRANDE | § | |
| PROCESSING CENTER, ET AL., | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 13), Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), was **GRANTED in part and DENIED in part**. Respondents' Motion for Summary Judgment, (Dkt. No. 7), was **DENIED**. In accordance with the Court's Order, Petitioner was released on May 14, 2026. (Dkt. No. 14).

Following the Court's Order and Petitioner's release, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on May 22, 2026.

John A. Kazen
United States District Judge